# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br><br>    v.<br><br>PUMA NORTH AMERICA, INC., et al.,<br><br>         Defendants. | Case No.: 1:21-CV-0111 NONE JLT<br><br>ORDER REFERRING THE MATTER TO VDRP |

In the Joint Scheduling Report filed on April 20, 2021, the parties stipulated "to referral to the Voluntary Dispute Resolution Program (VDRP)" pursuant to Local Rule 271. (Doc. 13 at 6) Based upon the stipulation of the parties, the Court **ORDERS**:

    1.    The Scheduling Conference set for April 27, 2021 is **VACATED**;

    2.    The matter is referred to the Voluntary Dispute Resolution Program. In advance of the mediation, the parties are encouraged to cooperate in informal discovery.  If that effort does not place the case in a settlement posture, the parties SHALL immediately file a request to have the case removed from the VDRP; and

///

///

///

///

3.   All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:   **April 21, 2021**               _ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE