# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN WHITAKER, | ) | Case No.: 1:21-CV-0111 NONE JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) | (Doc. 16) |
| PUMA NORTH AMERICA, INC., et al., | ) ) | |
| Defendants. | ) ) | |

The plaintiff reports that he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 16) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than July 23, 2021**</u>;
2. All pending dates, motions, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated: **May 25, 2021**           **/s/ Jennifer L. Thurston**
                               CHIEF UNITED STATES MAGISTRATE JUDGE