# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PUMA NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-00111-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE CASE**<br>**(Doc. 19)** |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 8) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated: __**July 6, 2021**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE